[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 11, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-16988
Non-Argument Calendar

_____

D. C. Docket No. 97-00345-CR-UUB

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL WARD,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 11, 2006)**

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Richard C. Klugh, Jr., appointed counsel for Michael Ward in this appeal

from Ward's revocation of supervised release, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ward's revocation and sentence are **AFFIRMED.**